

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00139-CR

BRYANT ANTHONY MAXIE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th District Court
Morris County, Texas
Trial Court No. 10,724CR

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Bryant Anthony Maxie appeals from his conviction by a jury of robbery, resulting in an enhanced sentence of eighty-five years' imprisonment. Maxie has filed a brief in which he raises an issue common to all of his appeals.[1] He argues that the trial court erred in submitting the wrong instruction to the jury on the effect of parole law during punishment.

We addressed this issue in detail in our opinion of this date on Maxie's appeal in cause number 06-12-00138-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Bailey C. Moseley
Justice

Date Submitted: March 1, 2013
Date Decided: March 6, 2013

Do Not Publish

---

[1]Maxie separately appeals another conviction of robbery in our cause number 06-12-00138-CR, and a conviction of stalking in our cause number 06-12-00140-CR.

2